**Order entered January 23, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00512-CR

**ANGELA LYNN SERNA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82217-2017**

## ORDER

Before the Court is appellant's January 22, 2019 second motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before February 20, 2019.

/s/     BILL PEDERSEN, III
JUSTICE